DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONALD J. MACK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1990

[March 11, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562009CF002014A.

Donald J. Mack, Lake City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER, and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***